# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA-AMERICAN WATER COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, and DEPARTMENT OF THE AIR FORCE<br><br>　　　　Defendants. | Civil No. 05-02295 LKK PAN<br><br>**ORDER APPROVING STIPULATION TO EXTEND BY SIXTY (60) DAYS DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

　　Upon review of the Request To Approve Stipulation And Stipulation To Extend By Sixty (60) Days Defendants' Time To Respond To Plaintiff's Complaint And To Continue Status (Pretrial Scheduling) Conference, and good cause appearing therefore, **IT IS ORDERED that:**

1. The Stipulation To Extend By Sixty (60) Days Defendants' Time To Respond To Plaintiff's Complaint And To Continue Status (Pretrial Scheduling) Conference is GRANTED;

2. The United States shall have up to and including March 17, 2006, to file its answer to Plaintiff's Complaint or other responsive pleading.

3. The Status (Pretrial Scheduling) Conference is CONTINUED to March 27, 2006 at 2:00 p.m.; and

4. No further extensions will be granted.

DATED: January 12, 2006.

　　　　　　　　　　　　　　　　　　/s/Lawrence K. Karlton
　　　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT