UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA-AMERICAN WATER COMPANY,

        Plaintiff,

  v.

UNITED STATES OF AMERICA, DEPARTMENT OF THE AIR FORCE,

        Defendant.
_____/

NO. CIV. S-05-2295 LKK/JFM

O R D E R

    Plaintiff's original complaint stated that as part of the transaction whereby Cal-Am acquired all of the water utility assets in California formerly owned by Citizen's Utilities Company of California ("CUCC"), "Cal-Am received an assignment of Citizen's claims against third parties, which assignment included Citizens' claims against the defendants herein relating to groundwater contamination emanating from Mather." Original Compl. at 2.

    In light of the motion to dismiss pending before the court, plaintiff is directed to file, within ten (10) days of this order, the transactional documents in the sale of CUCC's assets to Cal-Am

1

relating to CUCC's assignment of claims to Cal-Am involving "groundwater contamination emanating from Mather."

IT IS SO ORDERED.

DATED: May 24, 2006.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2