DAVID D. COOKE (BAR NO. 94939)
CATHY A. HONGOLA (BAR NO. 234489)
ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Telephone: (415) 837-1515
Facsimile: (415) 837-1516
E-Mail: dcooke@allenmatkins.com
         chongola@allenmatkins.com

Attorneys for Plaintiff
CALIFORNIA-AMERICAN WATER COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA-AMERICAN WATER COMPANY, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, a sovereign state and national government, DEPARTMENT OF THE AIR FORCE OF THE UNITED STATES OF AMERICA, an agency within the United States,<br><br>Defendants. | Case No. 05-CV-02295-LKK-JFM<br><br>STIPULATION AND ORDER RE: AUTHENTICITY OF DOCUMENTS AND USE OF COPIES |

Plaintiff California-American Water Company ("Cal-Am") and Defendants United States of America and Department of the Air Force of the United States of America (collectively "United States"), hereby agree and stipulate as follows:

1. All documents produced by Cal-Am or the United States during discovery in the above captioned matter, including documents in the searchable information repository located on the internet at https://afrpaar.pentagon.af.mil/ar/docsearch.aspx, are genuine and authentic.

2. Copies of documents may be used during any proceeding in this case in lieu of originals.

702496.02/SF

Case No. 05-CV-02295-LKK-JFM
STIP. & [PROPOSED] ORDER RE: AUTHENTICITY AND USE OF COPIES

PDF created with pdfFactory trial version www.pdffactory.com

3. Nothing in this Stipulation constitutes a waiver of any evidentiary objection, other than objections relating to authenticity or use of copies, that a party may have to the admission of any document in any proceeding herein.

Dated: March 1, 2007     ALLEN MATKINS LECK GAMBLE
                          MALLORY & NATSIS LLP
                         DAVID D. COOKE
                         CATHY A. HONGOLA

                         By:      /s/ David D. Cooke
                              DAVID D. COOKE

                         Attorneys for Plaintiff


Dated: March 1, 2007     UNITED STATES DEPARTMENT OF
                         JUSTICE
                         MCGREGOR SCOTT
                         MATTHEW J. McKEOWN

                         By:  /s/ Tara M. Bahn (as authorized 3/1/07)
                              TARA M. BAHN

                         Attorneys for Defendants


PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 5, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-2-
702496.02/SF
Case No. 05-CV-02295-LKK-JFM
STIP. & [PROPOSED] ORDER RE: AUTHENTICITY AND USE OF COPIES

PDF created with pdfFactory trial version www.pdffactory.com