UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA-AMERICAN WATER COMPANY,

        Plaintiff,

    v.

UNITED STATES OF AMERICA, DEPARTMENT OF THE AIR FORCE,

        Defendant.
_____/

NO. CIV. S-05-2295 LKK/EFB

O R D E R

    The court is in receipt of the parties' joint request to extend the law and motion cut off date in the above captioned case. The parties explain that a case currently pending before the Supreme Court may directly impact plaintiff's second claim for relief (implied contribution under CERCLA). The case, <u>United States v. Atlantic Research Corp.</u>, is set to be argued on April 23, 2007 and the parties anticipate that a decision will be rendered during the current term, which ends at the end of June, 2007.

    The current deadline for law and motion is May 27, 2007. Discovery closed on March 27, 2007. Trial is set for November 27,

1

2007. Given that the Supreme Court case may directly impact the parties' arguments, the court agrees that the law and motion deadline should be extended. However, extending the law and motion deadline also affects the other previously set dates. Accordingly, the court orders as follows:

1. The case is hereby STAYED pending the Supreme Court issuing a decision in <u>United States v. Atlantic Research Corp.</u> All previously set dates are hereby VACATED.

2. The parties shall inform the court no later that seven (7) days after the Supreme Court issues a decision in <u>United States v. Atlantic Research Corp.</u> At that point, the court will hold a status conference and reset dates for law and motion cut off, pre-trial and trial.

IT IS SO ORDERED.

DATED: April 6, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT