UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA-AMERICAN WATER COMPANY,

        Plaintiff,

   v.

UNITED STATES OF AMERICA, DEPARTMENT OF THE AIR FORCE,

        Defendant.
_____/

NO. CIV. S-05-2295 LKK/EFB

O R D E R

The court is in receipt of the parties' joint stipulation and request for a status conference. On April 6, 2007, the case was stayed pending the Supreme Court issuing a decision in <u>United States v. Atlantic Research Corp.</u>, and all previously set dates were vacated. The Supreme Court has since issued a decision in <u>Atlantic Research Corp.</u> and the parties request a status conference. Accordingly, the court orders as follows:

    1.    A status conference is hereby SET for September 4, 2007 at 1:30 p.m. The parties shall submit status reports in accordance with this court's prior orders.

1

1   IT IS SO ORDERED.

2   DATED: June 20, 2007.

         /s/ Lawrence K. Karlton
         LAWRENCE K. KARLTON
         SENIOR JUDGE
         UNITED STATES DISTRICT COURT

2