DAVID D. COOKE (BAR NO. 94939)
EMILY L. MURRAY (BAR NO. 223815)
CATHY A. HONGOLA (BAR NO. 234489)
ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074
Telephone:  (415) 837-1515
Facsimile:  (415) 837-1516
E-Mail:  dcooke@allenmatkins.com
         emurray@allenmatkins.com
         chongola@allenmatkins.com

Attorneys for Plaintiff
CALIFORNIA-AMERICAN WATER COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA-AMERICAN WATER COMPANY, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, a sovereign state and national government, DEPARTMENT OF THE AIR FORCE OF THE UNITED STATES OF AMERICA, an agency within the United States,<br><br>Defendants. | Case No. 05-CV-02295-LKK-JFM<br><br>STIPULATION AND ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT |

Plaintiff California-American Water Company ("Cal-Am") and Defendants United States of America and Department of the Air Force of the United States of America (collectively "United States"), hereby agree and stipulate as follows:

WHEREAS, in its First Amended Complaint, Cal Am alleges two claims for relief, the first a claim for cost recovery, and the second a claim for contribution, both pursuant to section 107 of the Comprehensive Environmental Response, Compensation and Liability Act of 1980, as amended ("CERCLA"), 42 U.S.C. § 9607;

WHEREAS, on Monday, June 11, 2007, the United States Supreme Court issued its opinion in *United States v. Atlantic Research Corp.*, 127 S. Ct. 2331 (2007) ("*Atlantic Research*").

1 | The Court's decision in *Atlantic Research* addresses the nature and scope of claims for cost
2 | recovery and contribution under section 107 of CERCLA.
3 |     WHEREAS, the parties agree that, in light of the Supreme Court's decision in *Atlantic
4 | Research,* an amendment of the complaint is appropriate and will not prejudice the United States.
5 |     NOW, THEREFORE, the Parties stipulate:
6 |     1.    Cal-Am should be granted leave to file a Second Amended Complaint on or before
7 | July 27, 2007.
8 |     2.    The United States should file its response to said Second Amended Complaint
9 | within 60 days thereafter, or on or before September 25, 2007.
10 |    SO STIPULATED.

Dated: July 16, 2007        ALLEN MATKINS LECK GAMBLE
                            MALLORY & NATSIS LLP
                            DAVID D. COOKE
                            EMILY L. MURRAY
                            CATHY A. HONGOLA

                            By:      /s/ Cathy A. Hongola
                                 CATHY A. HONGOLA

                            Attorneys for Plaintiff

Dated: July 16, 2007        U.S. DEPARTMENT OF JUSTICE
                            MCGREGOR W. SCOTT
                            United States Attorney

                            RONALD J. TENPAS
                            Acting Assistant Attorney General
                            Environment & Natural Resources Division

                            By:  /s/ Tara M. Bahn (as authorized 7/16/07)
                                 TARA M. BAHN

                            Attorneys for Defendants

715114.03/SF

-2-

Case No.  05-CV-02295-LKK-JFM
STIP. AND PROP. ORDER RE SECOND
AMENDED COMPLAINT

## ORDER

Pursuant to the stipulation, and for good cause shown,

1. Plaintiff is granted leave to file a Second Amended Complaint, amending the First Amended Complaint in light of the Supreme Court's decision in United States v. Atlantic Research Corporation, on or before July 27, 2007.

2. Defendant shall file its response to the Second Amended Complaint on or before September 25, 2007.

IT IS SO ORDERED.

DATED: July 24, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-3-

Case No. 05-CV-02295-LKK-JFM
STIP. AND PROP. ORDER RE SECOND
AMENDED COMPLAINT