McGREGOR W. SCOTT
United States Attorney
Eastern District of California
E. ROBERT WRIGHT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
(916) 554-2700

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
TARA M. BAHN
BRYAN B. DAVIS
Environmental Defense Section
P.O. Box 23986
Washington, DC 20004
(202) 514-2689

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA-AMERICAN WATER COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>UNITED STATES of AMERICA, DEPARTMENT OF THE AIR FORCE,<br><br>　　　　　　Defendants. | No. C-05-02295 LKK EFB<br><br>STIPULATION AND ORDER REGARDING SCHEDULE FOR BRIEFING SUMMARY JUDGMENT MOTIONS |

　　　This Stipulation is entered into by and between Plaintiff California-American Water Company ("Cal-Am") and the United States of America, together with its Department of the Air Force of the United States of America (collectively "United States").

　　　WHEREAS, the Court's Status (Pretrial Scheduling) Conference Order of September 7, 2007 ("September 7, 2007 Order") states that "the parties are to bring on motions for summary judgment by November 19, 2007, oppositions to be filed by December 10, 2007, and replies to be filed by December 21, 2007";

WHEREAS, on September 25, 2007, the United States filed a Counterclaim against Cal-Am for contribution pursuant to section 113(f)(1) of the Comprehensive Environmental Response Compensation and Liability Act of 1980, as amended ("CERCLA"), 42 U.S.C. § 9613(f)(1). Pursuant to Local Rule 6-144(a), the Parties agreed by stipulation to extend until November 19, 2007 Cal-Am's deadline to file a response to the United States' Counterclaim;

WHEREAS, on Friday, September 28, 2007, the Parties held a mediation session in San Francisco, California, agreed to a tentative settlement of the case, and have subsequently exchanged written drafts of settlement documents;

WHEREAS, the tentative settlement would resolve all issues and claims in this case and requires multiple, interrelated documents, which the Parties have been diligently drafting since the mediation session;

WHEREAS, any settlement of the claims in this case requires review and approval at several levels at the U.S. Department of the Air Force and at the U.S. Department of Justice and the Defendant represents that the United States' approval process is intended to ensure the consistency and the propriety of settlements in which the United States expends public funds;

WHEREAS, in light of the complexity of the terms of the tentative settlement, and of the approval process dictated by statute and regulation, the terms of the settlement cannot be finalized and approved before November 19, 2007, the current deadline for (a) Cal-Am's response to the United States' Counterclaim and (b) the Parties to file summary judgment motions. The process of finalizing the technical details of the tentative settlement and obtaining final approval thereon from Cal-Am and the various agencies will necessarily consume more than the two weeks remaining before summary judgment motions are scheduled to be filed;

NOW THEREFORE, the Parties agree as follows:

1. In light of the foregoing, the Parties agree that it is appropriate to allow them the time necessary to complete the drafting of the terms and conditions of the proposed settlement, and to allow the United States the time needed to obtain the necessary approvals within the U.S.

STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULE FOR BRIEFING
SUMMARY JUDGMENT MOTIONS                 2

1  Department of the Air Force and the U.S. Department of Justice, without requiring the Parties to
2  incur the time and financial costs of preparing motions for summary judgment and pleadings,
3  such as Cal-Am's response to the United States' Counterclaim, that are likely to be rendered
4  unnecessary by the tentative settlement.

5        2.      The Parties agree that revised deadlines for the filing of motions for summary
6  judgment and Cal-Am's response to the United States' Counterclaim, up to and including
7  January 22, 2008, would provide a sufficient amount of time to complete the settlement
8  documents and obtain the necessary approvals within the U.S. Department of the Air Force and
9  the U.S. Department of Justice.  Should the settlement fail for any reason, the Parties request that
10  the dates in the September 7, 2006 Order be modified as follows:

11      File motions for summary judgment      January 22, 2008
12      File papers in opposition to motions      February 11, 2008
13      File papers in reply      February 25, 2008
14      Rescheduled date for hearing      March 24, 2008 at 10:00 a.m.

15  In addition, the Parties request that the deadline for Cal-Am's response to the United States'
16  Counterclaim be extended to January 22, 2008.

17        3.      There have been no prior modifications to or extension of dates set forth in the
18  September 7, 2007 Order.

19        4.      If the tentative settlement if finalized, the Parties will promptly lodge and move
20  for entry of the consent decree.

21        IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

22

23        Respectfully submitted,

24        McGREGOR W. SCOTT
      United States Attorney
25        Eastern District of California

26        E. ROBERT WRIGHT
      Assistant U.S. Attorney
27        501 I Street, Suite 10-100

28  STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULE FOR BRIEFING
SUMMARY JUDGMENT MOTIONS      3

```
                                        Sacramento, CA 95814-2322
                                        phone (916) 554-2700

                                        RONALD J. TENPAS
                                        Acting Assistant Attorney General
                                        Environment & Natural Resources Division

Dated: November 5, 2007                   /s/ Tara M. Bahn
                                        TARA M. BAHN
                                        BRYAN B. DAVIS
                                        Environmental Defense Section
                                        P.O. Box 23986
                                        Washington, DC 20026-3986
                                        phone (202) 514-2689
                                        fax (202) 514-8865

                                        Attorneys for the United States


Dated: November 5, 2007                  /s/ David D. Cooke (as authorized on 11/5/07)
                                        DAVID D. COOKE
                                        EMILY L. MURRAY
                                        CATHY A. HONGOLA
                                        ALLEN MATKINS LECK GAMBLE
                                              MALLORY & NATSIS LLP
                                        Three Embarcadero Center, 12th Floor
                                        San Francisco, CA 94111-4074
                                        phone (415) 837-1515
                                        fax (415) 837-1516

                                        Attorneys for California-American Water Company
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA-AMERICAN WATER COMPANY,

    Plaintiff,

vs.

UNITED STATES of AMERICA, DEPARTMENT OF THE AIR FORCE,

    Defendants.

No. C-05-02295 LKK EFB

[PROPOSED] ORDER

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

1. The Court's Status (Pretrial Scheduling) Conference Order of September 7, 2007 shall be modified as follows:

    A. The briefing schedule and hearing date of January 14, 2008 for summary judgment motions is vacated.

    B. In the event that the Parties do not settle this case, then the following summary judgment motion hearing and briefing schedule shall be followed:

    | | |
    |---|---|
    | Last date to file summary judgment motions | January 22, 2008 |
    | Last date to file opposition motions | February 11, 2008 |
    | Last date to file reply motions | February 25, 2008 |
    | Summary judgment hearing | March 24, 2008 at 10:00 a.m. |

2. The deadline for Cal-Am to file a response to the United States' Counterclaim is extended to January 22, 2007.

DATED: November 8, 2007

                                            _____
                                            LAWRENCE K. KARLTON
                                            SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT

# CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of November 2007, a copy of the foregoing STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR BRIEFING SUMMARY JUDGMENT was filed electronically. Notice of this filing will be sent to the following counsel by operation of the Court's electronic filing system to:

>DAVID D. COOKE
>EMILY L. MURRAY
>CATHY A. HONGOLA
>ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
>Three Embarcadero Center, 12th Floor
>San Francisco, CA 94111-4074

/s/ Tara Bahn