UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA AMERICAN WATER COMPANY, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, a sovereign state and national government, DEPARTMENT OF THE AIR FORCE OF THE UNITED STATES OF AMERICA, an agency within the United States,<br><br>Defendants. | Case No. C-05-02295 LKK-EFB<br><br>ORDER |

Pursuant to stipulation and good cause appearing, it is hereby ordered:

1. The Court's Order of November 8, 2007 is modified as follows:

The deadline of January 22, 2008, for Plaintiff to file a response to the Defendant's Counterclaim and for the Parties to file motions for summary judgment is vacated until further Order of the Court.

2. The Parties shall provide a status report to the Court on or before February 15, 2008.

IT IS SO ORDERED.

DATED:   January 18, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

730952.01/SF

Case No. C-05-02295 LKK-EFB
STIP. & [PROPOSED] ORDER RE SUM.
JUDGMENT & RESP. TO COUNTERCLAIM

1