DAVID D. COOKE (BAR NO. 94939)
CATHY A. HONGOLA (BAR NO. 234489)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074
Phone:  (415) 837-1515
Fax:  (415) 837-1516
E-Mail:  dcooke@allenmatkins.com
         chongola@allenmatkins.com

Attorneys for Plaintiff
CALIFORNIA-AMERICAN WATER COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CALIFORNIA AMERICAN WATER COMPANY, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, a sovereign state and national government, DEPARTMENT OF THE AIR FORCE OF THE UNITED STATES OF AMERICA, an agency within the United States,<br><br>Defendants. | Case No. C-05-02295 LKK-EFB<br><br>STIPULATION AND ORDER VACATING PRETRIAL AND TRIAL DATES |
|---|---|

   This Stipulation is entered into by and between Plaintiff California-American Water Company ("CAW" or "Plaintiff") and Defendant United States of America (collectively "the Parties").

   WHEREAS, the Court's Status (Pretrial Scheduling) Conference Order of September 7, 2007 ("September 7, 2007 Order") provided a briefing schedule for summary judgment motions and set the Final Pretrial Conference for April 14, 2008 at 2:30 p.m. and set the Trial of this matter for July 15, 2008 at 10:30 a.m.;

   WHEREAS, on November 8, 2007 the Court held a telephonic status conference with the Parties and thereafter issued an Order establishing a new motion briefing schedule and deadline

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

736664.01/SF

1

Case No.  C-05-02295 LKK-EFB
STIP. & [PROPOSED] ORDER VACATING
PRETRIAL AND TRIAL DATES

PDF created with pdfFactory trial version www.pdffactory.com

for CAW to file a response to the Defendant's Counterclaim;

WHEREAS, on January 22, 2008 the Court modified its Order of November 8, 2007 and vacated the deadline for the Parties to file summary judgment motions and the deadline for CAW to file a response to the Defendant's Counterclaim;

WHEREAS, the Parties have reached a settlement of this action and, on April 7, 2008, filed with the Court a Joint Motion for Entry of the Proposed Consent Decree requesting the Court enter the proposed Consent Decree as its final judgment in this case;

NOW, THEREFORE, the Parties agree, and request that the Court enter an order:

1.  Vacating the Final Pretrial Conference Date of April 14, 2008; and
2.  Vacating the Trial Date of July 15, 2008.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: April 8, 2008

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
DAVID D. COOKE
CATHY A. HONGOLA

By:   /s/ Cathy A. Hongola
CATHY A. HONGOLA

Attorneys for Plaintiff

Dated: April 8, 2008

U.S. DEPARTMENT OF JUSTICE
MCGREGOR W. SCOTT
United States Attorney

E. ROBERT WRIGHT
Assistant U.S. Attorney

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

BRYAN B. DAVIS
Environmental Defense Section

By:  /s/ Bryan B. Davis (as authorized 4/8/08)
BRYAN B. DAVIS
Attorneys for the United States

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

736664.01/SF

PDF created with pdfFactory trial version www.pdffactory.com

-2-

Case No.  C-05-02295 LKK-EFB
STIP. & [PROPOSED] ORDER VACATING
PRETRIAL AND TRIAL DATES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA AMERICAN WATER COMPANY, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, a sovereign state and national government, DEPARTMENT OF THE AIR FORCE OF THE UNITED STATES OF AMERICA, an agency within the United States,<br><br>Defendants. | Case No. C-05-02295 LKK-EFB<br><br>ORDER |

Pursuant to stipulation and good cause appearing, it is hereby ordered:

1. The Final Pretrial Conference hearing date of April 14, 2008 is vacated.

2. The Trial date of July 15, 2008 is vacated.

IT IS SO ORDERED.

DATED: April 9, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP
736664.01/SF
-3-
Case No. C-05-02295 LKK-EFB
STIP. & [PROPOSED] ORDER VACATING PRETRIAL AND TRIAL DATES

PDF created with pdfFactory trial version www.pdffactory.com