MCGREGOR SCOTT
United States Attorney
Eastern District of California
E. ROBERT WRIGHT
Assistant U.S. Attorney
501 I. Street, Suite 10-100
Sacramento, CA 95814-2322
Phone: (916) 554-2700

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
TARA M. BAHN
BRYAN M. DAVIS
Environmental Defense Section
P.O. Box 23986
Washington, DC 20004
Telephone: (202) 514-2689
Fax: (202) 514-8864
E-Mail: Bryan.Davis@usdoj.gov

Attorneys for Defendants
UNITED STATES OF AMERICA, DEPARTMENT OF
THE AIR FORCE OF THE UNITED STATES OF
AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA-AMERICAN WATER COMPANY, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, a sovereign state and national government, DEPARTMENT OF THE AIR FORCE OF THE UNITED STATES OF AMERICA, an agency within the United States,<br><br>Defendants. | Case No. C-05-02295 LKK-EFB<br><br>CONSENT DECREE |

This Consent Decree is made, as of the Effective Date of this Consent Decree as defined in Paragraph 3 below, between Plaintiff California-American Water Company ("CAW," or "Plaintiff") and Defendant United States of America, together with its Department of the Air Force, (collectively "United States"), collectively referred to as "the Parties," as defined herein.

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

735691.01/SF

Case No. C-05-02295 LKK-EFB
[PROPOSED] CONSENT DECREE

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, in this Action CAW asserted claims under the Comprehensive Environmental Response, Compensation, and Liability Act, 42 U.S.C. §§ 9601-9675, as amended by the Superfund Amendments and Reauthorization Act of 1986, Pub. L. No. 99-499, 100 Stat. 1613 (1986) (hereinafter "CERCLA"), and the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(6), 2671 et seq., to recover certain costs it has allegedly incurred arising out of the alleged release or threatened release of hazardous substances from the former Mather Air Force Base at Plaintiff's drinking water supply well located on Mars Way in Rancho Cordova, California (the "Mars Well");

WHEREAS, the United States has asserted a counterclaim against Plaintiff for contribution under Section 113(f)(1) of CERCLA, 42 U.S.C. § 9613(f)(1);

WHEREAS, on June 15, 2006, the Court entered an order granting the United States' motion to dismiss Plaintiff's claims under the FTCA (claims three through seven of the First Amended Complaint). Plaintiff re-alleged these claims as claims two through six in its Second Amended Complaint. The Court has indicated informally that it intends to dismiss the re-alleged FTCA claims on the same grounds that it entered its order of June 15, 2006;

WHEREAS, the Parties desire to enter into this Consent Decree to avoid the complication and expense of continued litigation regarding the Mars Well and to define certain rights and duties of the Parties with respect to the Mars Well and the Mather Tank;

WHEREAS, the Parties agree that this Consent Decree is fair, reasonable and in the public interest; and

WHEREAS, the Parties do not admit any liability arising from occurrences or transactions pertaining to the Mars Well;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that:

1. The Parties to this Consent Decree are Plaintiff and the United States.

2. This Consent Decree applies to, is binding upon, and inures to the benefit of Plaintiff (and its successors, assigns, and designees) and the United States.

3. <u>Effective Date</u>. The Effective Date of this Consent Decree shall be the date this Consent Decree is approved by the Court.

LAW OFFICES
Allen Matkins Leck Gamble Mallory & Natsis LLP
735691.01/SF

Case No. C-05-02295 LKK-EFB
[PROPOSED] CONSENT DECREE

-2-

PDF created with pdfFactory trial version www.pdffactory.com

4. <u>United States</u>. The "United States" means the United States of America, including all of its departments, agencies, and instrumentalities.

5. <u>Release and Covenant Not To Sue by Plaintiff</u>. Upon approval and entry of this Consent Decree by the Court, and except as provided in Paragraph 6 (Reservation of Rights by Plaintiff), Plaintiff hereby forever releases, discharges, and covenants and agrees not to assert (by way of the commencement of an action, the joinder of the United States in an existing action or in any other fashion) any and all claims, causes of action, suits or demands of any kind whatsoever in law or in equity for costs incurred by Plaintiff through the Effective Date for the design, construction, operation and maintenance of the Mather Tank and appurtenant pipes and equipment; costs incurred by Plaintiff through the Effective Date for monitoring and operation and maintenance of the Mars Well; and costs incurred by Plaintiff through the Effective Date for provision of alternative water supplies for the Mars Well. This release and covenant applies to all of Plaintiffs' claims for the foregoing costs including, but not limited to, claims under the FTCA and CERCLA sections 107 and 113 and claims that were brought, or could have been brought, against the United States, in this action.

6. <u>Reservation of Rights by Plaintiff</u>. Plaintiff reserves, and the United States agrees, that this Consent Decree does not affect:

(A) Any claim or cause of action, including any counterclaim, Plaintiff has or may have in the future against the United States that is not specifically released pursuant to the provisions of Paragraph 5.

(B) Plaintiff's right to seek judicial enforcement of this Consent Decree.

7. <u>Release and Covenant Not to Sue by United States</u>. Upon approval and entry of this Consent Decree by the Court, and except as provided in Paragraph 8 (Reservation of Rights by United States) the United States hereby forever releases, discharges, and covenants and agrees not to assert (by way of the commencement of an action, the joinder of Plaintiff in an existing action or in any other fashion) any and all claims, causes of action, suits or demands of any kind whatsoever in law or in equity for costs incurred by the United States through the Effective Date

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

735691.01/SF

Case No.  C-05-02295 LKK-EFB
[PROPOSED] CONSENT DECREE

-3-

PDF created with pdfFactory trial version www.pdffactory.com

for remediation of the Main Base/SAC Area Plume attributable to Plaintiff's ownership or operation of the Mars Well.

8.  <u>Reservation of Rights by the United States</u>.  The United States reserves, and Plaintiff agrees, that this Consent Decree does not affect:

(A) Any claims or actions regarding the Mars Well brought on behalf of the United States Environmental Protection Agency or a natural resource trustee.

(B) Any claim or cause of action, including any counterclaim, the United States has or may have in the future against Plaintiff that is not specifically released pursuant to the provisions of Paragraph 7.

9.  <u>Protection Against Claims</u>.

A.  The Parties acknowledge and agree that this Consent Decree and the consideration given and received by each of the Parties pursuant to this Consent Decree represents a good faith compromise of disputed claims and that the compromise represents a fair, reasonable, and equitable resolution of the Matters Addressed in this Consent Decree.  It is the intent of the Parties that they shall be entitled to contribution protection for the Matters Addressed in this Consent Decree to the fullest extent provided by Section 113(f) of CERCLA, 42 U.S.C. § 9613(f), the Uniform Comparative Fault Act, and any other applicable provision of federal or state law, whether by statute or common law, extinguishing the Parties' liability to persons not party to this Consent Decree.  Matters Addressed shall mean the claims released in the paragraphs 5 and 7, as limited by the reservations of rights in paragraphs 6 and 8.  Any rights the United States or the Plaintiff may have to obtain contribution or otherwise recover costs or damages from persons not party to this Consent Decree are preserved.

B.  The Parties agree to support, as may be appropriate, such legal proceedings as necessary to secure the Court's approval and entry of this Consent Decree.

10. <u>Payment</u>.

A. As soon as reasonably practicable after the Effective Date of this Consent Decree, the United States will pay $250,000 (two-hundred and fifty thousand dollars) to Plaintiff.

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

735691.01/SF

-4-

Case No. C-05-02295 LKK-EFB
[PROPOSED] CONSENT DECREE

PDF created with pdfFactory trial version www.pdffactory.com

Payment shall be by Electronic Funds Transfer in accordance with instructions provided by the Plaintiff.

B.  In the event that the payment required by Paragraph 10.A. of this Consent Decree is not made in full within one hundred and twenty (120) days after the Effective Date of this Consent Decree, then interest on the unpaid balance shall be paid at the rate specified for interest on investments of the Hazardous Substance Superfund established under subchapter A of chapter 98 of Title 26 of the United States Code, with the accrual of interest commencing on the one hundred twenty-first (121st) day after the Effective Date of this Consent Decree, and continuing through the date the payment prescribed in paragraph 10.A. is made by the United States.

C.  Said payment by the United States is subject to the availability of funds appropriated for such purpose.  No provision of this Consent Decree shall be interpreted as or constitute a commitment or requirement that the United States obligate or pay funds in contravention of the Anti-Deficiency Act, 31 U.S.C. § 1341.

11.   Effect of Settlement/Entry of Judgment.

a.   This Consent Decree was negotiated and executed by Plaintiff and the United States in good faith and at arms length and is a fair and equitable compromise of claims, which were vigorously contested.  This Consent Decree shall not constitute or be construed as an admission of liability by the United States or by the Plaintiff.  Nor is it an admission or denial of any factual allegations set out in the Complaint or counterclaim. Nor shall this Consent Decree constitute or be construed as an admission of violation of any law, rule, regulation, or policy by any of the Parties to this Consent Decree.

b.   Upon approval and entry of this Consent Decree by the Court, this Consent Decree shall constitute a final judgment with respect to the claims asserted by the Parties in this Action.

12.   Dismissal with Prejudice of FTCA Claims and Reservation of Right to Appeal.  As part of the order approving this Consent Decree as the final judgment of the Court in this Action, all claims asserted by the Plaintiff against the United States under the Federal Tort Claims Act in

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

735691.01/SF

Case No.  C-05-02295 LKK-EFB
[PROPOSED] CONSENT DECREE

-5-

PDF created with pdfFactory trial version www.pdffactory.com

this Action shall be dismissed with prejudice. Notwithstanding this paragraph, this Consent Decree, the accompanying order and final judgment, or any other agreement or order, Plaintiff hereby expressly reserves its right to appeal the final judgment dismissing the claims for relief it alleged against the United States pursuant to the FTCA. The United States acknowledges that Plaintiff has not waived its right to appeal the FTCA ruling in this case; however, the United States does not concede that Plaintiff has any appealable FTCA issues.

13. <u>Representative Authority</u>. The individuals signing this Consent Decree on behalf of the Parties hereby certify that they are authorized to bind their respective party to this Consent Decree.

For the Plaintiff:

Date: 4/07/08     /s/ David D. Cooke
                  DAVID D. COOKE

For the United States:     RONALD J. TENPAS
                           Assistant Attorney General
                           Environment and Natural Resources Division

Date: 3/25/08     /s/ Bryan B. Davis
                  BRYAN B. DAVIS
                  United States Department of Justice
                  Environment & Natural Resources Division
                  Environmental Defense Section
                  P.O. Box 23986
                  Washington D.C. 20026-3986
                  (202) 514-1978
                  Fax (202) 514-8865

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

735691.01/SF

-6-

Case No. C-05-02295 LKK-EFB
[PROPOSED] CONSENT DECREE

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

UPON CONSIDERATION OF THE FOREGOING, the Court hereby finds that this Consent Decree is fair and reasonable, both procedurally and substantively, consistent with applicable law, in good faith, and in the public interest. THE FOREGOING Consent Decree is hereby APPROVED.

The United States and Plaintiff are entitled to, as of the Effective Date of this Consent Decree, contribution protection pursuant to section 113(f) of CERCLA, 42 U.S.C. § 9613(f), the Uniform Comparative Fault Act, and any other applicable provision of federal or state law, whether by statute or common law, for the Matters Addressed in the Consent Decree.

Entry of this Consent Decree and compliance with its requirements shall constitute complete and final resolution of any and all CERCLA claims brought by Plaintiff against the United States for costs incurred by Plaintiff through the Effective Date for the design, construction, operation and maintenance of the Mather Tank and appurtenant pipes and equipment; costs incurred by Plaintiff through the Effective Date for monitoring and operation and maintenance of the Mars Well; and costs incurred by Plaintiff through the Effective Date for provision of alternative water supplies for the Mars Well.

Entry of this Consent Decree and compliance with its requirements shall constitute complete and final resolution of all CERCLA counterclaims brought by the United States against Plaintiff for costs incurred by the United States through the Effective Date, for remediation of the Main Base/SAC plume attributable to Plaintiff's ownership or operation of the Mars Well.

All claims brought under the Federal Tort Claims Act ("FTCA") by Plaintiff against the United States shall be dismissed with prejudice. Notwithstanding this Consent Decree and Order, Plaintiff expressly reserves its right to appeal this final judgment dismissing its claims for relief alleged against the United States pursuant to the FTCA.

The Court shall retain jurisdiction to enforce and to resolve any disputes that arise under this Consent Decree.

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

735691.01/SF

Case No. C-05-02295 LKK-EFB
[PROPOSED] CONSENT DECREE

-7-

PDF created with pdfFactory trial version www.pdffactory.com

1  There being no just reason for delay, this Court expressly directs, pursuant to Rule 58, Fed.
2  R. Civ. P., ENTRY OF FINAL JUDGMENT in accordance with the terms of this Consent Decree,
3  SIGNED and ENTERED this 13th day of May 2008.
4  Plaintiff and the United States shall each bear their own costs and expenses, including
5  attorneys' fees, in this case.
6  Dated:  May 13, 2008.

```
                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

735691.01/SF

Case No.  C-05-02295 LKK-EFB
[PROPOSED] CONSENT DECREE

-8-

PDF created with pdfFactory trial version www.pdffactory.com